AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>(1)EZEQUIEL OLIVO BIDO<br>(2)RICARDO FERNANDEZ ULLOA<br>(3)ROBERTO ANDINO TREMOLS<br>(4)BRYAN JOEL DIAZ HERNANDEZ<br>(5)JUNIOR ALCANTARA ESCOBOSO<br>*Defendant(s)* | Case No. 24-0010 (M) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    01/08/2024    in the county of   ----   in the   ----   District of   Puerto Rico  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(o) & 18 U.S.C. §§ 2 | Possession of a machine-gun, Aiding and Abetting (1)-(5) |
| 18 U.S.C. §§ 922(g)(5)(A) | Alien in possession of a machine gun (5) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT. The government is seeking detention
Reviewed by SAUSA Carlos J. Romo Aledo

☑ Continued on the attached sheet.

*Complainant's signature*

Fabiola D. Colon HSI Special Agent
*Printed name and title*

Suscribed and Sworn pursuant to FRCP 4.1 at
1:32 p.m. by telephone on

Date:   January 9, 2024

*Judge's signature*

City and state:   San Juan, Puerto Rico      Hon. Giselle López-Soler, Magistrate Judge
*Printed name and title*